

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FAST MEMORY ERASE, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | No. 3:08-cv-00977-M |
| SPANSION, INC., SPANSION LLC, INTEL CORPORATION, NUMONYX B.V., NUMONYX, INC., STMICROELECTRONICS NV, STMICROELECTRONICS, INC., NOKIA CORPORATION, NOKIA INC., SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., MOTOROLA, INC., and APPLE, INC., | § § § § § § § § § § § § § § § § | 3-10CV-481-M |
| Defendants. | § | |

### ORDER

Before the Court is the Plaintiff's Unopposed Motion to Sever [Docket Entry #341]. The Motion is **GRANTED**. It is **ORDERED** that all claims and counterclaims that relate to U.S. Patent No. 6,303,959 are severed. The Court **ORDERS** the Clerk of the Court to assign the severed action a separate cause number and direct assign that case to this Court.

**SO ORDERED**.

March 8, 2010.